

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                     )<br>        Plaintiff,    )<br>                     )<br>   v.                )<br>                     )<br>ISRAEL MAURICE SMITH,    )<br>                     )<br>        Defendant.   )<br>_____) | CASE NO. CR-20-00584-ODW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

   On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ✓ ) the appearance of defendant as required; and/or

   B. ( ✓ ) the safety of any person or the community.

2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                                        Page 1 of 2

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: criminal record/history while on supervision

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: absconded from supervision

IT IS ORDERED that defendant be detained.

DATED: June 13, 2024

HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)     Page 2 of 2